# UNITED STATES DISTRICT COURT
for the

District of South Dakota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY "REDACTED"

To: Microsoft Corporation
Attn: Online Services Custodian of Records, 1 Microsoft Way, Redmond, WA 98052

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| Sioux Falls Grand Jury<br>400 S. Phillips Avenue<br>Sioux Falls, SD 57104 | 08/01/2023 1:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Microsoft Corporation is requested to provide account information, communication logs (not including content), and IP address history, for Skype, Outlook, and any other accounts used by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, date of birth ▇▇▇▇▇▇▇▇, or email address ▇▇▇▇▇▇▇▇▇▇▇▇. Records are requested for the time period ▇▇▇▇▇▇▇▇▇▇▇▇. To assist with locating any Microsoft accounts used by ▇▇▇▇▇▇, possibly used phone numbers ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and address ▇▇▇▇▇▇▇▇▇▇▇▇.

In lieu of appearance, records can be provided to Special Agent Adam C. Topping, Federal Bureau of Investigation, 325 S. 1st Avenue, Suite 500, Sioux Falls, SD 57104, phone 6▇▇▇▇▇▇▇, email ▇▇▇▇▇▇▇▇.

Date: _June 27, 2023_

CLERK OF COURT

*Matthew Thelen*

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Jeremy R. Jehangiri
P.O. Box 2638
Sioux Falls, SD 57101-2638

▇▇▇▇▇▇▇@usdoj.gov
▇▇▇▇▇▇▇@usdoj.gov (legal assistant)