2022R00372-019

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

In the Matter of the Subpoena Regarding   No. 1:23-mc-08

23-243-01                                 **MOTION TO SEAL**

The United States hereby moves this Court for an order:

Permanently sealing the subpoena filed in this matter and sealing the redacted subpoena for a period of 90 days, subject to renewal, in that the subpoena filed herein discusses an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal the subpoena because premature disclosure may seriously jeopardize that investigation.

Dated this 27th day of June, 2023.

ALISON J. RAMSDELL
United States Attorney

Jeremy R. Jehangiri
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: jeremy.jehangiri@usdoj.gov

2022R00372-019

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

In the Matter of the Subpoena Regarding     No. 1:23-mc-08

23-243-01                                   **ORDER TO SEAL**

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

1. That the subpoena filed in this matter be permanently sealed.

2. That the redacted subpoena filed in this matter shall be sealed for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

3. That the Clerk of this Court shall automatically unseal the redacted subpoena after the passage.

Dated: June 28, 2023

BY THE COURT:

_____
MARK A. MORENO
United States Magistrate Judge