UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

In the Matter of the Subpoena Regarding   No. 23-mc-08

23-243-01                                 **MOTION TO EXTEND NON-DISCLOSURE UNDER 18 U.S.C. § 2705(a)**

    The United States requests that, pursuant to the preclusion of notice provisions of 18 U.S.C. § 2705(a), Microsoft Corporation be ordered not to notify any person (including the subscriber or customer to which the materials relate) of the existence of the subpoena that is the subject of this matter for another period of 90 days or until further order of the Court. Such an order is justified because notification of the existence of the subpoena would seriously jeopardize the ongoing investigation. Such a disclosure would give the subscriber an opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee or continue his/her flight from prosecution.

    WHEREFORE, it is respectfully requested that the Court grant the Order filed herewith directing Microsoft Corporation not to disclose the existence of the subpoena and any other documents entered in connection therewith, except to the extent necessary to carry out the Order.

    Dated this 25th day of September, 2023.

ALISON J. RAMSDELL
United States Attorney

    /s/ JEREMY JEHANGIRI
Jeremy R. Jehangiri
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: jeremy.jehangiri@usdoj.gov