UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

In the Matter of the Subpoena Regarding    No. 23-mc-08

23-243-01                                              ORDER EXTENDING SEAL

---

The United States having moved this Court for an order to extend the sealing period, and good cause having been shown therefor, it is hereby

ORDERED:

1.    That all previously sealed documents filed in this matter shall be sealed for another period of 90 days, subject to renewal, unless ordered otherwise by the Court.

2.    That the Clerk of this Court shall automatically unseal the redacted attachment to the subpoena after the deadline.


Dated:  September 25, 2023


BY THE COURT:


_____
MARK A. MORENO
United States Magistrate Judge