2022R00372-019

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

In the Matter of the Subpoena Regarding    No. 23-mc-08

23-243-01    **ORDER EXTENDING NON-DISCLOSURE UNDER 18 U.S.C. § 2705(a)**

It appearing that notice to any person (including the subscriber or customer to which the materials relate) of the existence of the subpoena that is the subject of this matter and any other documents entered in connection therewith would seriously jeopardize an ongoing investigation,

IT IS ORDERED that Microsoft Corporation shall continue to not disclose the existence of the subpoena and any other documents entered in connection therewith, to the listed subscriber or to any other person, for an additional period of 90 days or unless and until authorized to do so by the Court.

Dated: September 25, 2023

BY THE COURT:

MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE